Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  MS08-87RSM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | PRELIMINARY INJUNCTION |
| | ) | |
| FRANK F. COLACURCIO, SR., *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ———————————————————— | ) | |

THIS MATTER having come before this Court on motion of the United States of America for a Preliminary Injunction, pursuant to Title 18, United States Code, Section 1963(d)(1)(B), to enjoin, restrain, and prohibit Frank Francis Colacurcio Sr., Frank Francis Colacurcio Jr., Leroy Richard Christiansen, John Gilbert Conte, Steven Michael Fueston, David Carl Ebert, Phillip McKibben, Dean Reiber, Talents West Inc., Talents West II LLC, Accurate Bookkeeping Service Inc., D.C.E. Inc., LLC Lake City, d/b/a Rick's, MM MR RM Corporation, Club 21 LLC, d/b/a Sugar's, LLC Everett I, P.D. & M.K. I LLC, d/b/a Honey's, LLC Foxes II, d/b/a Fox's, and any of their agents, nominees, or anyone acting at their direction or on their behalf, from disposing of, encumbering, diminishing or wasting certain real properties subject to forfeiture pursuant to 18 U.S.C. §1963(a); and after the hearing held on June 19, 2008, on the United States' request to enter a Preliminary Injunction pursuant to 18 U.S.C. §1963(d)(1)(B), with respect to the real properties described in Attachment A, hearing the arguments of the

PRELIMINARY INJUNCTION - 1
U.S. v. FRANK F. COLACURCIO, SR., et al., Case No. MS08-87RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

parties and reviewing the Temporary Restraining Order Application, the Affidavit of FBI Special Agent Cory Cote excluding Appendix A thereto which remains under seal, the Affidavit of IRS Special Agent Eric Mooshegian, and being otherwise fully advised, the Court finds that:

There is a substantial probability that, in the event of the conviction under 18 U.S.C. § 1962 of Frank Francis Colacurcio Sr., Frank Francis Colacurcio Jr., Leroy Richard Christiansen, John Gilbert Conte, Steven Michael Fueston, David Carl Ebert, Talents West Inc., Talents West II LLC, Accurate Bookkeeping Service Inc., D.C.E. Inc., LLC Lake City, d/b/a Rick's, MM MR RM Corporation, Club 21 LLC, d/b/a Sugar's, LLC Everett I, P.D. & M.K. I LLC, d/b/a Honey's, and/or LLC Foxes II, d/b/a Fox's, the United States will prevail on the issue of the forfeiture of the real properties described in Attachment A under 18 U.S.C. §1963(a),  that failure to enter the order will result in the property being destroyed, removed from the jurisdiction of the court, or otherwise made unavailable for forfeiture, and that the need to preserve the availability of the property through the entry of the Preliminary Injunction outweighs the hardship on any party against whom it is entered.

THEREFORE, IT IS HEREBY ORDERED AND DECLARED THAT:

1.     Frank Francis Colacurcio Sr., Frank Francis Colacurcio Jr., Leroy Richard Christiansen, John Gilbert Conte, Steven Michael Fueston, David Carl Ebert, Phillip McKibben, Dean Reiber, Talents West Inc., Talents West II LLC, Accurate Bookkeeping Service Inc., D.C.E. Inc., LLC Lake City, d/b/a Rick's, MM MR RM Corporation, Club 21 LLC, d/b/a Sugar's, LLC Everett I, P.D. & M.K. I LLC, d/b/a Honey's, LLC Foxes II, d/b/a Fox's, their agents, servants, employees, successors in interest, attorneys, family members, and those persons in active concert or participation with them, are hereby restrained, without prior approval of the Court and notice to the United States and an opportunity for the United States to be heard, from taking any action: (a) to alienate, dissipate, transfer, sell, assign, pledge, encumber, waste or dispose of, in any manner, directly or indirectly; (b) to cause to be alienated, dissipated, transferred, sold, assigned,

PRELIMINARY INJUNCTION - 2
U.S. v. FRANK F. COLACURCIO, SR., et al., Case No. MS08-87RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

leased, pledged, encumbered, wasted, or disposed of in any manner; or (c) to take, or cause to be taken, any action which could have the effect of depreciating, damaging, or in any way diminishing the value or marketability of any of the real properties described in Attachment A to this Injunction.

2.    If any of the real properties described in Attachment A have been transferred, sold, or encumbered since March 1, 2008, Frank Francis Colacurcio Sr., Frank Francis Colacurcio Jr., Leroy Richard Christiansen, John Gilbert Conte, Steven Michael Fueston, David Carl Ebert, Phillip McKibben, Dean Reiber, Talents West Inc., Talents West II LLC, Accurate Bookkeeping Service Inc., D.C.E. Inc., LLC Lake City, d/b/a Rick's, MM MR RM Corporation, Club 21 LLC, d/b/a Sugar's, LLC Everett I, P.D. & M.K. I LLC, d/b/a Honey's, and LLC Foxes II, d/b/a Fox's shall account to the Court for the disposition and location of the proceeds of such action.

3.    Frank Francis Colacurcio Sr., Frank Francis Colacurcio Jr., Leroy Richard Christiansen, John Gilbert Conte, Steven Michael Fueston, David Carl Ebert, Phillip McKibben, Dean Reiber, Talents West Inc., Talents West II LLC, Accurate Bookkeeping Service Inc., D.C.E. Inc., LLC Lake City, d/b/a Rick's, MM MR RM Corporation, Club 21 LLC, d/b/a Sugar's, LLC Everett I, P.D. & M.K. I LLC, d/b/a Honey's, and LLC Foxes II, d/b/a Fox's shall maintain the present condition of the real properties described in Attachment A, including timely payment of all mortgage or other payments on indebtedness secured by the properties, and payment of all insurance, utilities, taxes and assessments due, until further order of the Court, and to provide certification of such to the United States within forty-eight hours of receiving a request for the same.

4.    This Injunction shall be binding upon the successor and assigns of each of the parties named herein, and no such party may assign any interest covered by this Injunction without the prior written consent of this Court, after notice to the United States Attorney and the opportunity to be heard.

5.    Nothing in this Injunction shall be held to excuse compliance by Frank Francis Colacurcio Sr., Frank Francis Colacurcio Jr., Leroy Richard Christiansen, John

PRELIMINARY INJUNCTION - 3
U.S. v. FRANK F. COLACURCIO, SR., et al., Case No. MS08-87RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Gilbert Conte, Steven Michael Fueston, David Carl Ebert, Phillip McKibben, Dean

2  Reiber, Talents West Inc., Talents West II LLC, Accurate Bookkeeping Service Inc.,

3  D.C.E. Inc., LLC Lake City, d/b/a Rick's, MM MR RM Corporation, Club 21 LLC, d/b/a

4  Sugar's, LLC Everett I, P.D. & M.K. I LLC, d/b/a Honey's, and LLC Foxes II, d/b/a

5  Fox's with any and all applicable federal, state and local laws.

6        6.     The United States may request that the Court modify this Injunction if it

7  becomes necessary to protect the government's interest in the real properties described in

8  Attachment A.

9        7.     The United States Marshal's Service shall be allowed access to the real

10  properties described in Attachment A, for the purpose of ascertaining the condition and

11  value of the properties.

12        8.     The United States shall take all steps necessary to cause a copy of this

13  Injunction, together with a notice of *lis pendens*, to be filed against each of the real

14  properties described in Attachment A, in the county land records where the real property

15  is located.

16        9.     The United States Attorney shall serve a certified copy of this Injunction on

17  Frank Francis Colacurcio Sr., Frank Francis Colacurcio Jr., Leroy Richard Christiansen,

18  John Gilbert Conte, Steven Michael Fueston, David Carl Ebert, Phillip McKibben, Dean

19  Reiber, Talents West Inc., Talents West II LLC, Accurate Bookkeeping Service Inc.,

20  D.C.E. Inc., LLC Lake City, d/b/a Rick's, MM MR RM Corporation, Club 21 LLC, d/b/a

21  Sugar's, LLC Everett I, P.D. & M.K. I LLC, d/b/a Honey's, and LLC Foxes II, d/b/a

22  Fox's.  Service shall be effected by hand delivery where possible, or by overnight express

23  service or by certified mail.

24        10.    The United States Attorney also shall serve a certified copy of this

25  Injunction on the Bank of America and Victor Ruscigno, by certified mail, by facsimile,

26  or by hand delivery.  Bank of America, Victor Ruscigno, and any other financial

27  institutions, entities, or individuals holding liens or mortgages on, or any other security

28  interest in, the real properties described in Attachment A shall respond promptly to

PRELIMINARY INJUNCTION - 4
U.S. v. FRANK F. COLACURCIO, SR., et al., Case No. MS08-87RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    requests by the United States for information on origin, payment history, financial and

2    loan documents, and the current status of any liens, mortgages, or security interests.

3         11.    This Injunction shall remain in effect for a period of ninety days unless

4    extended by the Court for good cause shown, or until, upon notice to the United States

5    and an opportunity to be heard, the Court makes modification of the Injunction as appears

6    necessary in the interests of justice and consistent with the purposes of Title 18, United

7    States Code, Section 1963(d)(1), or until an indictment or information described in Title

8    18, United States Code, Section 1963(d)(1)(A) has been filed.

9         12.    It is further ORDERED that Frank Francis Colacurcio Sr., Frank Francis

10   Colacurcio Jr., Leroy Richard Christiansen, John Gilbert Conte, Steven Michael Fueston,

11   David Carl Ebert, Phillip McKibben, Dean Reiber, Talents West Inc., Talents West II

12   LLC, Accurate Bookkeeping Service Inc., D.C.E. Inc., LLC Lake City, d/b/a Rick's, MM

13   MR RM Corporation, Club 21 LLC, d/b/a Sugar's, LLC Everett I, P.D. & M.K. I LLC,

14   d/b/a Honey's, and LLC Foxes II, d/b/a Fox's shall be permitted to execute a satisfactory

15   performance bond, pursuant to 18 U.S.C. § 1963(d)(1), as an alternative to the restraint of

16   the real properties described in Attachment A.  After notice to the United States and an

17   opportunity to be heard, the Court shall determine whether any proposed bond is a

18   satisfactory performance bond.  This Injunction shall be in effect until such time as the

19   Court determines that the proffered bond is satisfactory.

20   //
21   //
22   //
23   //
24   //
25   //
26   //
27   //
28

PRELIMINARY INJUNCTION - 5
U.S. v. FRANK F. COLACURCIO, SR., et al., Case No. MS08-87RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

13.     This Preliminary Injunction supercedes the Temporary Restraining Order entered by this Court on June 2, 2008, and extended by the Court on June 16, 2008.

DATED this 19th day of June, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

_____

TODD GREENBERG
RICHARD E. COHEN
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street
Seattle, Washington 98101
Facsimile: 206-553-4440
Phone: 206-553-2636
E-mail:Todd.Greenberg4@usdoj.gov

PRELIMINARY INJUNCTION - 6
U.S. v. FRANK F. COLACURCIO, SR., et al., Case No. MS08-87RSM